UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 5:08-cr-34-Oc-10GRJ

EDGAR HERNANDEZ-PEREZ
_____/

## ORDER

On August 14, 2008, the United States Magistrate Judge issued a Report (Doc. 41) recommending denial of both the Defendant's Motion to Suppress Evidence Seized as a Result of the Unlawful Detention of the Defendant (Doc. 26) and the Defendant's Amended Motion to Suppress Statements (Doc. 27). The Defendant has filed no objections, and the time for objecting has elapsed.

The United States Magistrate Judge's Report and Recommendation (Doc. 41) is ADOPTED; and both the Defendant's Motion to Suppress Evidence Seized as a Result of the Unlawful Detention of the Defendant (Doc. 26) and the Defendant's Amended Motion to Suppress Statements (Doc. 27) are DENIED.

ORDERED at Ocala, Florida this 12th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Hon. Gary R. Jones
Maurya McSheehy, Courtroom Deputy
Edgar Hernandez-Perez